# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| ANTON EID WAHIB GERGES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02070-TLP-tmp |
| v. | ) | |
| | ) | |
| MELLISSA B. HARPER,[1] | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DIRECTING CLERK TO SERVE PETITION AND MODIFY DOCKET, AND DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner Anton Eid Wahib Gerges, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  And under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

---

[1] In a recent case, the Government clarified that Scott Ladwig, not Mellissa Harper, is the Acting Director of the New Orleans Field Office of Immigration and Customs Enforcement.  (*See* Perez-Oxlaj v. Harper, No. 2:26-cv-02036-TLP-tmp (W.D. Tenn.) (ECF No. 8 at PageID 23).)  So the Court respectfully **DIRECTS** the Clerk to modify the docket to reflect "Scott Ladwig, in his official capacity" as Respondent.

1

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

And given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing on or before close of business on February 2, 2026, why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on February 6, 2026.  If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 27th day of January, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE